# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADONNA BLUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC.,<br><br>Defendant. | Case No. 2:25-cv-1469 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Madonna Blunt hereby voluntarily dismisses her claims in the above-captioned action against Defendant, The PNC Financial Services Group, Inc. without prejudice.

Date: September 28, 2025

Respectfully submitted,

*/s/ Kenneth Grunfeld*
Kenneth Grunfeld
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004
Tel: 954.525.4100
grunfeld@kolawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Date: September 28, 2025          */s/ Kenneth Grunfeld*
                                  Kenneth Grunfeld